UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD WOODS,<br><br>        Plaintiff,<br><br>    v.<br><br>T. TAYLOR, et al.,<br><br>        Defendant. | 1:25-cv-01449-SKO (PC)<br><br>**ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 45 DAYS** |

Plaintiff is a federal prisoner proceeding pro se in a civil rights action pursuant to *Bivens vs. Six Unknown Agents*, 403 U.S. 388 (1971). Plaintiff has not paid the $405 filing fee or submitted an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The Clerk's Office shall send to Plaintiff the form for application to proceed *in forma pauperis*.

2. **Within forty-five (45) days** of the date of service of this order, Plaintiff SHALL submit the attached application to proceed *in forma pauperis*, completed and signed, or in the alternative, pay the $405 filing fee for this action. **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

1

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated:  **October 31, 2025** | /s/ *Sheila K. Oberto* |
| | | UNITED STATES MAGISTRATE JUDGE |