UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD WOODS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>T. TAYLOR, et al.,<br><br>　　　　　Defendants. | Case No.: 1:25-cv-01449-SKO<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME WITHIN WHICH TO RESPOND TO THE COURT'S DECEMBER 4, 2025, ORDER**<br><br>(Doc. 9) |

Plaintiff Richard Woods is appearing pro se in this civil rights action pursuant to 42 U.S.C. section 1983.

**I.     BACKGROUND**

On October 31, 2025, the Court issued its Order to Submit Application to Proceed In Forma Pauperis or Pay Filing Fee Within 45 Days. (Doc. 3.)  On November 18, 2025, Plaintiff filed Application to Proceed In Forma Pauperis (IFP) by a Prisoner. (Doc. 5.)

On November 20, 2025, the Court issued its Order Directing Plaintiff to Provide an Inmate Trust Account Statement Within 14 Days. (Doc. 1.)  On December 3, 2025, Plaintiff filed an untitled document, docketed as an Inmate Trust Account Statement, indicating he was providing his "6 Month Trust Account Statement." (Doc. 7.)

On December 4, 2025, the Court issued its Order Regarding Plaintiff's Filing of December 3, 2025; Order Directing Plaintiff to Provide a Complete Inmate Trust Account

Statement and Declaration Under Penalty of Perjury Explaining Deposits and Withdrawals. (Doc. 8.) Plaintiff was directed to submit a complete inmate trust account statement and to explain deposits and purchases or sales for the six-month period prior to his filing suit within 14 days of service of the order. (*Id*. at 3.)

On December 22, 2025,[1] Plaintiff filed a request for an extension of time. (Doc. 9.)

## II.    DISCUSSION

Plaintiff requests an extension of 21 days within which to respond to the Court's order for a complete inmate trust account statement and additional information regarding the deposits and withdrawals. He states he requested the information from facility staff, but learned on December 16, 2025, that the case manager who could assist him will not return "until sometime next week," after the 14-day deadline imposed by the Court. Plaintiff states he has tried to comply with the Court's order, but requires additional time due to the holidays.

The Court finds good cause to grant the requested extension of time.

## III.    CONCLUSION AND ORDER

Accordingly, the Court **HEREBY ORDERS** that:

1. Plaintiff's request for an extension of time within which to respond to the Court's prior order (Doc. 9) is **GRANTED**; and

2. Plaintiff **SHALL** submit a complete inmate trust account statement and a declaration under penalty of perjury as outlined in the Court's December 4, 2025, order **no later than January 8, 2026**. No further extensions of time will be granted absent exceptional circumstances.

IT IS SO ORDERED.

Dated:   **December 23, 2025**              /s/ *Sheila K. Oberto*
                                            UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff's request is not signed or dated. The Court accepts Plaintiff's request as timely in this instance. However, Plaintiff is reminded that all pleadings must be signed and should be dated. (*See* Doc. 2 at 7 [First Informational Order in Prisoner/Civil Detainee Civil Rights Case].) Future submissions that are not signed or dated may be stricken.