**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD WOODS, | Case No.: 1:25-cv-01449 KES SKO |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS, AND DIRECTING PLAINTIFF TO PAY THE FILING FEE WITHIN 30 DAYS |
| v. | |
| T. TAYLOR, et al., | |
| Defendants. | Docs. 5, 13 |

Richard Woods seeks to proceed in forma pauperis in this civil rights action.  Doc. 5.  The magistrate judge found Woods had sufficient funds to pay the filing fee, upon review of Woods' application, his prison trust account statement, and commissary receipts.  Doc. 13 at 2-4.  The magistrate judge observed that in the six months preceding the filing of this action, Woods received 17 deposits totaling $3,252.33, and "purchased a total of about $860 in snack items with those funds," excluding the amount spent on purchases of food items such as rice, beans and coffee.  *Id.* at 4.  The magistrate judge found that Woods failed to show he was indigent during the relevant period, "particularly where he spent more than twice the filing fee on snack items," and recommended the application to proceed in forma pauperis be denied.  *Id.* at 5.

Woods filed timely objections to the findings and recommendations on January 28, 2026.  Doc. 14.  Woods contends this was his first lawsuit and he "knew nothing about a filing fee."  *Id.* at 1.  He contends that his "family [and] friends don't have extra money" to put on his account,

though he acknowledges that he received another $100.00 since the beginning of the new year. *Id.*

In accordance with 28 U.S.C. § 636(b)(1), this Court performed a de novo review. Having carefully reviewed the matter, including Woods' objections, the Court concludes the findings and recommendations are supported by the record and proper analysis. Woods does not dispute the balance reported or the findings regarding his commissary spending, and he fails to show indigency during the relevant period. *See Matlock v. Kern County*, 2020 WL 13801892, at *1 (E.D. Cal. Jan. 4, 2020) (finding the plaintiff "did not qualify as impoverished" where he elected to spend money elsewhere, "such as on purchases from the commissary"). The Court **ORDERS**:

1.    The findings and recommendations issued on January 12, 2026 (Doc. 13) are **ADOPTED** in full.

2.    Plaintiff's application to proceed *in forma pauperis* (Doc. 5) is **DENIED**.

3.    Plaintiff shall pay the required $405 filing fee for this action **within 30 days** of the date of service of this order.

If Plaintiff fails to pay the filing fee within the specified time, this action will be dismissed without further notice for failure to prosecute.

IT IS SO ORDERED.

Dated:   __April 14, 2026__

_____
UNITED STATES DISTRICT JUDGE