UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD WOODS,<br><br>Plaintiff,<br><br>v.<br><br>T. TAYLOR, et al.,<br><br>Defendants. | Case No.: 1:25-cv-01449 KES SKO<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS, DISMISSING ACTION WITHOUT PREJUDICE, AND DIRECTING CLERK OF COURT TO CLOSE CASE<br><br>Doc. 16 |

On April 27, 2026, Plaintiff Richard Woods filed a "motion to dismiss," requesting the Court "dismiss his Complaint without prejudice and grant him any other relief it deems just and equitable." Doc. 16 at 2. The Court construes plaintiff's motion to be a request for dismissal pursuant to Rule 41 of the Federal Rules of Civil Procedure. Pursuant to Rule 41, Plaintiff may dismiss the action "before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). Dismissal under this Rule is appropriate because the defendants have not yet been served with the complaint, appeared in the action, or filed a responsive pleading. The Court ORDERS:

1. Plaintiff's motion to dismiss (Doc. 16) is GRANTED.

2. This action is DISMISSED without prejudice pursuant Rule 41(a)(1)(A)(i).

///

///

3. The Clerk of Court is directed to terminate any pending deadlines and close this case.

IT IS SO ORDERED.

Dated:    May 7, 2026    

_____
UNITED STATES DISTRICT JUDGE